IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

ANTHONY BUTLER,              :
                                         :

      **Plaintiff,**            :

                                           :       **No. 5:21-CV-182 (CAR)**

v.                                    :

                                           :

**JOSE ALBERTO CRUZ ADORNO,**      :
*et al.*,                                 :

                                           :

      **Defendants.**         :

                                           :

## ORDER ON MOTION TO FILE UNDER SEAL

Before the Court is Plaintiff Anthony Butler's Motion to File Under Seal. Plaintiff requests leave to file the release and settlement agreement entered into by Jose Cruz Adorno, Evelyn Cruz, and Liberty Mutual Fire Insurance Company under seal. For good cause shown, Plaintiff's Motion [Doc. 55] is **GRANTED**.

It is well-settled in the Eleventh Circuit that "[t]he operations of the courts and the judicial conduct of judges are matters of utmost public concern," and the integrity of the judiciary is maintained by the public's right of access to court proceedings.[1] "Once a matter is brought before a court for resolution, it is no longer solely the parties' case, but also the public's case."[2] Accordingly, "there is a presumptive right of public access to

---

[1] *Romero v. Drummond Co.*, 480 F.3d 1234, 1245 (11th Cir. 2007).
[2] *Brown v. Advantage Engineering, Inc.*, 960 F.2d 1013, 1016 (11th Cir. 1992).

pretrial motions of a non-discovery nature, whether preliminary or dispositive, and the material filed in connection therewith."[3] However, "[t]he common law right of access may be overcome by a showing of good cause, which requires balancing the asserted right of access against the other party's interest in keeping the information confidential."[4] In that regard, "[a] party's privacy or proprietary interest in information sometimes overcomes the interest of the public in accessing the information."[5]

Here, the Court finds Jose Cruz Adorno's, Evelyn Cruz's, and Liberty Mutual's privacy interest in complying with the release and settlement agreement's confidentiality provision overcomes the presumption in favor of public access, and good cause exists to grant Plaintiff's Motion. Accordingly, Plaintiff's Motion to File Under Seal [Doc. 55] is **GRANTED**. The Clerk of Court is **DIRECTED** to file the release and settlement agreement **UNDER SEAL**.

**SO ORDERED,** 25th day of April, 2023.

s/ C. Ashley Royal_____
C. ASHLEY ROYAL, SENIOR JUDGE
UNITED STATES DISTRICT COURT

---

[3] *Romero*, 480 F.3d at 1246 (internal quotation omitted).
[4] *Id.*
[5] Id.